**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Guillermo MORALES, Defendant–
Appellant.**

**No. 02–10359.**

**D.C. No. CR–00–00249–LDG.**

United States Court of Appeals,
Ninth Circuit.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted April 7, 2003.*

Decided April 15, 2003.

Before RYMER, KLEINFELD, and FISHER, Circuit Judges.

## MEMORANDUM **

Guillermo Morales appeals his conviction following his unconditional guilty plea to three counts of distribution of a listed chemical, in violation of 21 U.S.C. § 841(d)(2). We dismiss the appeal.

Morales contends that the district court erred by denying his second motion to substitute counsel. Because Morales subsequently entered an unconditional guilty plea, we reject this contention. *See United States v. Reyes–Platero*, 224 F.3d 1112, 1114–15 (9th Cir.2000) (internal quotation omitted) ("[a]n unconditional guilty plea constitutes a waiver of the right to appeal all non-jurisdictional antecedent rulings and cures all antecedent constitutional defects").

DISMISSED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

